IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02539-WYD-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5910 SOUTH OGDEN COURT,

      Defendant.

ANA OROZCO,

      Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2011.**

      Plaintiff's Unopposed Motion to Vacate Settlement Conference [filed November 7, 2011; docket #26] is **granted**. The Settlement Conference scheduled for November 16, 2011is hereby **vacated**. The parties shall file a status report **on or before December 30, 2011**.