IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02539-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5910 SOUTH OGDEN COURT,

    Defendant.

ANA OROZCO,

    Claimant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 10, 2012.**

    The United States' Unopposed Motion to Vacate Proposed Pretrial Order Due Date and Final Pretrial Conference [filed May 9, 2012; docket #43] is **denied without prejudice**. The United States asks the Court to vacate the Final Pretrial Conference, but does not propose an alternative date. Therefore, the Court construes the request as a motion to stay the proceedings indefinitely. Because a stay of proceedings is disfavored in this District, and the United States cites only the pending summary judgment motion in support of its request, the Court does not find good cause to vacate the Final Pretrial Conference or any of the deadlines associated therewith. *See Chavez v. Young Am. Ins. Co.*, No. 06-cv-02419-PSF-BNB, 2007 WL 683973, at *2 (D. Colo. Mar. 2, 2007). This Minute Order is without prejudice to re-filing in the event a reasonable continuance is requested.