IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02539-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5910 SOUTH OGDEN COURT,

    Defendant.

ANA OROZCO,

    Claimant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on December 20, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Plaintiff, United States of America, and against Defendant, 5910 South Ogden Court, on Plaintiff's Motion for Summary Judgment.  It is further

ORDERED that Defendant Ogden Court is hereby forfeited to the United States of America.

DATED at Denver, Colorado this 21st day of December, 2012.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk