IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02539-WYD-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5910 SOUTH OGDEN COURT

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      The Unopposed Motion for Brief Extension of Stay of Execution (ECF No. 58) is **GRANTED.**  A brief stay of the proceedings to enforce the judgment pursuant to Fed. R. Civ. P. 62 is granted up to and including **January 18, 2013.**

      Dated:  January 4, 2013