IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     10-cv-02539-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5910 SOUTH OGDEN COURT,

    Defendant.

---

### FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 60), the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT Samuel Orozco is a fugitive of the United States;

THAT Samuel Orozco quit-claimed all of his right, title, and interest to defendant property to Ana Orozco;

THAT Ana Orozco, the sole record title owner, was notified of the United States' Verified Complaint for Forfeiture In Rem via certified and regular mail on October 26, 2010, and was personally served on November 16, 2010.  In addition, Notice of the civil forfeiture action was posted at defendant property on November 16, 2010.

THAT all known parties have been provided with an opportunity to respond and;

THAT the United States and lienholder JP Morgan Chase have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all

issues in dispute with regards to JP Morgan Chase's lienholder interest;

THAT on December 20, 2012, the United States' Motion for Summary Judgment was granted, finding that the United States had shown by a preponderance of the evidence that Defendant Ogden Court was purchased with drug proceeds and forfeiting defendant 5910 South Ogden Court to the United States. (Doc. 56).   On December 21, 2012, the Clerk of Court entered a Final Judgment forfeiting to the United States all right, title, and interest in defendant 5910 South Ogden Court.   (Doc. 57);

THAT no other claims to the defendant property have been filed and the timeframe in which to file a claim has expired; and

THAT the facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a judgment and order of forfeiture of defendant property under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the Motion for Final Order of Forfeiture (Doc. 60) is **GRANTED**; and

THAT judgment of forfeiture shall enter in favor of the United States; the United States shall have full and legal title to the below described forfeited property and may dispose of it in accordance with law:

> Lot 2, Block 1, Orchard Drive Filing No. 3, County of Arapahoe, State of Colorado, Assessor's Parcel Number: 2077-23-2-24-004, known by 5910 South Ogden Court; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendants pursuant to 28 U.S.C. § 2465.

Dated: March 12, 2013

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE